## First Department, February, 1952.

### (February 5, 1952.)

■

Samuel J. Blume, Appellant, v. Samuel Cohen, Respondent.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

Lew Smith, Respondent, v. Harry Jacker et al., Appellants.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

Albert Abrams et al., Appellants, et al., Plaintiffs, v. City of New York, Respondent.— No opinion. Present — Dore, J P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 893.]

■

William L. Crow Construction Company, Respondent, v. Newspaper Realty Corp., Appellant; R. & R. Wrecking Co., Inc., et al., Respondents, et al., Defendants.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 906.]

■

The People of the City of New York, Respondent, v. Leo Tambini, Appellant.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

Samuel Fox, Respondent, v. Amin E. Adjmi, Appellant, et al., Defendants. Amin E. Adjmi, Third-Party Plaintiff-Appellant, v. Harv-Edd Togs, Inc., Third-Party Defendant-Respondent.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

In the Matter of Peter Joseph Haberkorn (also known as Peter J. Haberkorn) for Reinstatement as an Attorney.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

### (February 6, 1952.)

■

Marion Steinman, Appellant, v. Bernard Steinman, Respondent.— No opinion. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [Order denied motion for additional fee to plaintiff's counsel.]

■